IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| Midwest Independent Transmission System Operator, Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>Duquesne Light Company, )<br><br>Defendant. ) | Case No. 1:09-cv-1289RLY-DML |

**NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6.1, counsel for Duquesne Light Company ("Duquesne") contacted counsel for the Midwest Independent Transmission System Operator ("Midwest ISO") and requested a 15 day extension, from November 9, 2009 to November 24, 2009, to respond to the Midwest ISO's Complaint in this action. The Midwest ISO has agreed to the extension of time requested by Duquesne. This initial extension does not affect any deadlines set by a case management plan as none has been entered by the Court. Accordingly, the extension of the deadline for Duquesne to respond to the Complaint from November 9, 2009 to November 24, 2009 becomes effective with the filing of this Notice.

Respectfully submitted,

s/ James Dimos
James Dimos, #11178-49
Frost Brown Todd, LLC
201 S. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Tel.: (317) 237-3800
Fax: (317) 237-3900
jdimos@ftblaw.com

Attorneys for Plaintiff Midwest Independent Transmission System Operator, Inc.

875365_1